■ SUSAN A. BRAUNSTEIN, Respondent, v BARRY R. BRAUNSTEIN, Appellant.—Order, Supreme Court, Bronx County, entered September 7, 1976, which granted the plaintiff former wife's application for an upward modification of the alimony and child support provisions contained in the divorce decree and directed, *inter alia,* that defendant former husband pay $50 per week for alimony and $75 per week for child support, unanimously modified, on the law and the facts, to the extent of reducing child support from $75 to $50 per week and, as so modified, affirmed, without costs and disbursements. Sufficient proof was adduced as to the parties' preseparation living standard and in justification of plaintiff's request for an increased modification of the alimony and child support provisions in the divorce decree. However, the increase in child support from $5 to $75 per week is excessive in light of the defendant's financial circumstances. Further, plaintiff has demonstrated her ability to seek gainful employment and some of her proffered expenses are related to her employment. (See *Carter v Carter,* 58 AD2d 438; *Stern v Stern,* 59 AD2d 857.) On this record, modification is limited to the foregoing observations. Concur—Kupferman, J. P., Lupiano, Yesawich, Sandler and Sullivan, JJ.

■ JOSEPH F. MCCARTHY, Appellant-Respondent, v PATRICIA F. MCCARTHY, Respondent-Appellant. PATRICIA F. MCCARTHY, Respondent-Appellant, v JOSEPH F. MCCARTHY, Appellant-Respondent.—Order, Supreme Court, New York County, entered September 8, 1977, unanimously modified, without costs or disbursements, in the exercise of discretion, to the extent of giving the wife the right to open and close and except as thus modified, affirmed. The same circumstances which compelled Special Term to place venue in Suffolk County should have been conclusive on the issue of the right to open and close. Concur—Lupiano, J. P., Birns, Evans, Lane and Sullivan, JJ.

■ SHELDON ENGELMAYER, Appellant, v ROSLYN ENGELMAYER, Respondent.—Order, Supreme Court, New York County, entered August 2, 1977, granting defendant's motion to fix arrears in alimony and support, for judgment thereon and for a wage assignment and counsel fee, unanimously modified, on the law and on the facts, to reduce the repayment of arrears to the rate of $25 weekly. As so modified, the order is affirmed, without costs and without disbursements. In the light of appellant's ability to pay, we consider the rate of payment of $100 per week as fixed by Special Term to be excessive to the extent indicated. Concur—Kupferman, J. P., Birns, Silverman, Fein and Markewich, JJ.